# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HUMBERTO EXAEL MENDEZ CHAVEZ,<br><br>        Petitioner,<br><br>     v.<br><br>ADELANTO DETENTION FACILITY WARDEN,<br><br>        Respondents. | Case No. 5:25-cv-03481-VBF-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS ORDERED that: (1) Judgment be entered denying the petition for writ of habeas corpus; and (2) the case is dismissed without prejudice.

Dated:  June 23, 2026

*Valerie Baker Fairbank*

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE