JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO EXAEL MENDEZ CHAVEZ, | Case No. 5:25-cv-03481-VBF-MBK |
| Petitioner, | JUDGMENT |
| v. | |
| ADELANTO DETENTION FACILITY WARDEN, | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed without prejudice.

IT IS SO ADJUDGED.

Dated:  June 23, 2026

_Valerie Baker Fairbank_
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE